# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN WALSH, AMERICA'S MOST WANTED,<br><br>  Defendants. | 1:06cv0782 AWI DLB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

    Plaintiff KIRELL FRANCIS BETTIS, a state prisoner proceeding pro se, filed the instant defamation action on May 1, 2006. On June 20, 2006, the case was transferred to the Fresno Division of the United States District Court for the Eastern District of California.

    Along with his complaint, Plaintiff filed a "Declaration" in support of his request to proceed in forma pauperis. He also attaches a certified copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2).

    Although Plaintiff submitted a proper certified copy of his prison trust account statement, a "declaration" is insufficient for the Court to determine whether Plaintiff may proceed in forma pauperis. Plaintiff must submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

1    Accordingly, IT IS HEREBY ORDERED that:

2        1. The Clerk's Office shall send Plaintiff the appropriate form for application to
3 proceed in forma pauperis; and

4        2. Within thirty (30) days of the date of service of this order, Plaintiff shall
5 submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350
6 filing fee for this action.   Failure to comply with this order will result in a recommendation that
7 this action be dismissed.

9    IT IS SO ORDERED.

10   Dated:   **June 23, 2006**              **/s/ Dennis L. Beck**
     3b142a                                 UNITED STATES MAGISTRATE JUDGE