# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WALSH, AMERICA'S MOST WANTED,<br><br>Defendants. | 1:06cv0782 AWI DLB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

Plaintiff KIRELL FRANCIS BETTIS, a state prisoner proceeding pro se, filed the instant defamation action on May 1, 2006. On June 20, 2006, the case was transferred to the Fresno Division of the United States District Court for the Eastern District of California.

On June 26, 2006, the Court ordered Plaintiff to submit an application to proceed in forma pauperis on the form provided by the Court. The Court explained that although Plaintiff filed a "Declaration" in support of his request and a certified copy of his prison trust account statement, the "declaration" was insufficient for the Court to determine whether Plaintiff may proceed in forma pauperis.

On July 26, 2006, Plaintiff submitted an application to proceed in forma pauperis on the correct application. However, on the portion of the form that requires a certified statement regarding Plaintiff's trust account and a signature of an authorized officer, Plaintiff referred the Court to his previously submitted prison trust account statement. While the prison trust

1

statement previously submitted is one requirement of an application to proceed in forma pauperis, so to is a completed application. In other words, Plaintiff must provide the Court with a complete application, including the certified statement by an authorized officer, before the Court can determine whether Plaintiff should be granted in forma pauperis status.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff the appropriate form for application to proceed in forma pauperis; and

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   August 9, 2006                    /s/ Dennis L. Beck
3b142a                                     UNITED STATES MAGISTRATE JUDGE