# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS,<br><br>              Plaintiff,<br><br>      v.<br><br>JOHN WALSH, AMERICA'S MOST WANTED,<br><br>              Defendants. | 1:06cv0782 AWI DLB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Document 19) |

Plaintiff Kirell Francis Bettis ("Plaintiff"), proceeding pro se and in forma pauperis, filed this diversity action on May 1, 2006.  The action was transferred to this Court on June 20, 2006. Plaintiff alleges that Defendants John Walsh and America's Most Wanted ("Defendants") defamed him during a March 20, 2004, broadcast.

On September 1, 2006, the Court dismissed Plaintiff's complaint with leave to amend. Plaintiff was granted thirty days within which to file an amended complaint.

On September 7, 2006, Plaintiff filed a document in which he moves for default judgment and sets forth information for the scheduling conference, which was set for September 19, 2006, but has since been vacated because it was set in error.  Plaintiff was served with this notice on September 5, 2006.  Accordingly, Plaintiff is reminded that the scheduling conference has been vacated and Plaintiff no longer needs to appear or submit a scheduling statement.

1  Insofar as Plaintiff requests that this Court enter default judgment, Plaintiff's motion is
2  premature. Plaintiff's complaint has been dismissed with leave to amend and therefore, there is
3  no complaint pending before the Court. This means that Defendants have not been served with a
4  viable complaint and are not obligated to file anything with this Court as of this time.
5  Accordingly, Plaintiff's motion is DENIED.
6  Plaintiff should file his amended complaint within the time frame set forth in the
7  September 1, 2006, order. Nothing in the instant filing will be deemed to be an amendment to
8  the complaint. This action will not proceed in any manner until Plaintiff complies with the
9  September 1, 2006, order.

11  IT IS SO ORDERED.
12  Dated:   **September 15, 2006**          **/s/ Dennis L. Beck**
    3b142a                                  UNITED STATES MAGISTRATE JUDGE