# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WALSH, AMERICA'S MOST WANTED,<br><br>Defendants. | ) | 1:06cv0782 AWI DLB<br><br>ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS |

Plaintiff Kirell Francis Bettis ("Plaintiff"), proceeding pro se and in forma pauperis, filed this diversity action on May 1, 2006. The action was transferred to this Court on June 20, 2006. Pursuant to the Court's order dismissing the action with leave to amend, Plaintiff filed his first amended complaint on September 14, 2006. Plaintiff alleges that Defendants John Walsh and America's Most Wanted ("Defendants") defamed him during a March 20, 2004, broadcast.

## DISCUSSION

A. Screening Standard

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C.

§ 1915A(b)(1),(2); 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment. Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (en banc).

B. Analysis

Plaintiff alleges that he was arraigned in August 1999, for the February 1999, robbery, kidnap and murder of Christopher Rawlings.

In 2000, an individual named Boris Graham, who was not in custody, was added as a co-defendant in the above murder. This information ran on America's Most Wanted beginning in April 1999.

In February 2004, Graham was apprehended in Florida. John Walsh was at the arrest scene.

On March 20, 2004, America's Most Wanted aired Graham's capture and arrest. During the segment, according to Plaintiff, Walsh "made false statements to the effect that when Plaintiff was arrested on July 13, 1999, Plaintiff had snitched and/or ratted on Boris Graham." Complaint, at 2. As a result of this intentional false statement, Plaintiff contends that he was attacked by an inmate in California State Prison- Sacramento.[1]

For relief, Plaintiff requests $20,000,000 in damages.

The complaint appears to state a cognizable claim for relief. Given the nature of the allegations in the complaint, Plaintiff should be aware that testimony of witnesses present at the time of his arrest, such as police officers, and the testimony of any other witnesses, will be public record.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following Defendants:

John Walsh

America's Most Wanted

[1] In Plaintiff's pending civil rights case, 2:05cv1412 GEB KJM, Plaintiff contends that immediately after the segment aired, he informed prison officials that his life was in danger. Plaintiff further alleges that on July 12, 2004, during recreational yard release, he was attacked by another inmate because of Walsh's false statements. Plaintiff suffered slash-type injuries in the attack.

2. The Clerk of the Court shall send Plaintiff two USM-285 forms, two summons, an instruction sheet and a copy of the complaint filed September 14, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. three copies of the endorsed complaint filed September 14, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this Order will result in a Recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated: September 27, 2006**

3b142a

**/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE