1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS, | ) | 1:06cv0782 LJO DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING CLERK OF COURT TO DOCKET DOCUMENT NUMBER 29 AS A DEMAND FOR JURY TRIAL |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WALSH, AMERICA'S MOST WANTED, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

17   Plaintiff Kirell Francis Bettis ("Plaintiff") is a state prisoner proceeding pro se in this

18 action.

19   On March 1, 2007, Plaintiff filed a document entitled "Notice of Motion to Demand

20 Trial," and it was docketed with this title.  A motion is not necessary, however, as Plaintiff has a

21 right to demand a jury trial pursuant to Federal Rule of Civil Procedure 38.

22   Accordingly, the Clerk of Court is ORDERED to docket the motion, document number

23 29, as a Demand for Jury Trial.

24

25   IT IS SO ORDERED.

26   **Dated:   April 10, 2007**        _____**/s/ Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE

27

28

1