# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN WALSH, AMERICA'S MOST WANTED,<br><br>         Defendants. | 1:06cv0782 LJO DLB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br>(Document 28) |

   Plaintiff Kirell Francis Bettis ("Plaintiff"), proceeding pro se and in forma pauperis, filed this diversity action on May 1, 2006.  The action was transferred to this Court on June 20, 2006.  Plaintiff alleges that Defendants John Walsh and America's Most Wanted ("Defendants") defamed him during a March 20, 2004, broadcast.

   On September 27, 2006, the Court determined that service was appropriate.  Plaintiff submitted the required service forms on October 6, 2006.  The documents were forwarded to the United States Marshal on January 24, 2007, for service.

   On February 28, 2007, Plaintiff filed a motion for default judgment, arguing that Defendants have failed to respond to his complaint.  However, a proof of service indicating that Defendants have been served has not yet been filed.  Accordingly, the Court cannot conclude that

1  Defendants are in default and Plaintiff's motion is premature.
2      Accordingly, Plaintiff's motion is DENIED.
3    IT IS SO ORDERED.
4    **Dated:   April 10, 2007**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE