# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS, | 1:06cv0782 LJO DLB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR CITIZEN'S ARREST |
| v. | (Document 30) |
| JOHN WALSH, AMERICA'S MOST WANTED, | |
| Defendants. | |

Plaintiff Kirell Francis Bettis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this diversity action.

On March 19, 2007, Plaintiff filed a motion requesting that the Court order the United States Marshal to arrest "each Deputy Sheriff that governs Module 3500 in the Mens Central Jail of Los Angeles County" for failure to return Plaintiff's legal documents. Pursuant to this Court's standard practice, the motion is construed as one seeking preliminary injunctive relief.

The purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). A preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable success and the possibility of irreparable harm, or (2) that serious questions are raised and the balance of hardship tips in its favor."

1  <u>Arcamuzi v. Continental Air Lines, Inc.</u>, 819 F. 2d 935, 937 (9th Cir. 1987).  Under either
2  approach the plaintiff "must demonstrate a significant threat of irreparable injury."  <u>Id</u>.  Also, an
3  injunction should not issue if the plaintiff "shows no chance of success on the merits."  <u>Id</u>.  At a
4  bare minimum, the plaintiff "must demonstrate a fair chance of success of the merits, or
5  questions serious enough to require litigation."  <u>Id</u>.

6       Federal courts are courts of limited jurisdiction, and as a preliminary matter, the court
7  must have before it an actual case or controversy.  <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95,
8  102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of
9  Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los
10 Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006).  If the court does not have an actual case or
11 controversy before it, it has no power to hear the matter in question.  <u>Id</u>.

12      This action is proceeding against Defendants John Walsh and America's Most Wanted
13 under this Court's diversity jurisdiction for allegations of slander.  Because an order relating to
14 materials to litigate this action would not remedy the claims upon which this action proceeds, the
15 Court lacks jurisdiction to issue the order sought by Plaintiff.

16      Based on the foregoing, the court HEREBY RECOMMENDS that Plaintiff's motion for
17 preliminary injunctive relief, filed March 19, 2007, be DENIED.

18      These Findings and Recommendations will be submitted to the United States District
19 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
20 **thirty (30) days** after being served with these Findings and Recommendations, plaintiff may file
21 written objections with the court.  The document should be captioned "Objections to Magistrate
22 Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
23 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
24 Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

25     IT IS SO ORDERED.

26     **Dated:   April 10, 2007**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE
27
28