# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS, | ) | 1:06cv0782 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 34) |
| | ) | |
| JOHN WALSH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Kirell Francis Bettis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed the instant action on May 1, 2006.

On April 11, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's March 19, 2007, motion for preliminary injunction be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days. Over thirty days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated April 11, 2007, is ADOPTED IN FULL; and

1

2.   Plaintiff's March 19, 2007, motion for preliminary injunction is DENIED.

IT IS SO ORDERED.

**Dated:   May 21, 2007**                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE