1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS, | ) | 1:06cv0782 LJO DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, | ) | RECOMMENDATION |
| | ) | |
| v. | ) | (Document 37) |
| | ) | |
| JOHN WALSH, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

9

10

11

12

13

14

15

16

17        Plaintiff Kirell Francis Bettis ("Plaintiff"), a state prisoner proceeding pro se and in forma

pauperis, filed the instant action on May 1, 2006.

18

19        On May 15, 2007, the Magistrate Judge issued Findings and Recommendation that

Plaintiff's May 8, 2007, motion for preliminary injunction be DENIED.  The Findings and

20

Recommendation was served on all parties and contained notice that any objections were to be

21

filed within thirty days.  Over thirty days have passed and Plaintiff has not filed objections.

22

23        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a

*de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the

24

Findings and Recommendation is supported by the record and proper analysis.

25

        Accordingly, IT IS HEREBY ORDERED that:

26

        1.        The Findings and Recommendations dated May 15, 2007, is ADOPTED IN

27

                FULL; and

28

1

1      2.      Plaintiff's May 8, 2007, motion for preliminary injunction is DENIED.

2      IT IS SO ORDERED.

3  **Dated:**   **June 19, 2007**                        **/s/ Lawrence J. O'Neill**

                                             UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28