# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WALSH, AMERICA'S MOST WANTED,<br><br>　　　　　　Defendants. | 1:06cv0782 AWI DLB<br><br>ORDER DIRECTING SERVICE BY THE <u>UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS</u> |

　　　Plaintiff Kirell Francis Bettis ("Plaintiff"), proceeding pro se and in forma pauperis, filed this diversity action on May 1, 2006.  He filed his first amended complaint on September 14, 2006.  Plaintiff alleges that Defendants John Walsh and America's Most Wanted ("Defendants") defamed him during a March 20, 2004, broadcast and that he was injured as a result.

　　　The Court ordered the United States Marshal to serve the complaint in May 2007.  On September 10, 2007, the summonses were returned unexecuted as to each Defendant.  A new address has been provided for service and, accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Clerk of the Court is directed to forward the following documents to the United States Marshal:

　　　　　(1)　　One completed and issued summons for <u>each</u> defendant to be served;

　　　　　(2)　　One completed USM-285 form for <u>each</u> defendant to be served;

1

    (3)    One copy of the amended complaint filed on September 14, 2006, for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4)    One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (5)    One copy of the court's consent form for <u>each</u> defendant to be served.

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    John Walsh

    America's Most Wanted

Both Defendants shall be served at the following address, which has also been provided on the USM-285 form:

    Gary D. Roberts
    Agent for Service of Process
    Twentieth Century Fox
    10201 W. Pico Blvd.
    Los Angeles, California 90035

3. The United States Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order.  The United States

          Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

          b.  Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

7. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint.  42 U.S.C. §1997e(g)(2).

**IT IS SO ORDERED.**

Dated: September 13, 2007            /s/ Dennis L. Beck
                                            United States Magistrate Judge