# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS, | ) 1:06cv0782 AWI DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF |
| | ) TO SERVE AMENDED COMPLAINT |
| v. | ) WITHIN 120 DAYS |
| | ) |
| | ) ORDER DIRECTING CLERK OF COURT TO |
| JOHN WALSH, AMERICA'S MOST | ) SEND PLAINTIFF BLANK SUMMONS |
| WANTED, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff Kirell Francis Bettis ("Plaintiff"), proceeding pro se and in forma pauperis, filed this diversity action on May 1, 2006.  He filed his first amended complaint on September 14, 2006.  Plaintiff alleges that Defendants John Walsh and America's Most Wanted ("Defendants") defamed him during a March 20, 2004, broadcast and that he was injured as a result.

The United States Marshals Service has made numerous attempts at service.  The most recent attempt, filed with the Court on February 21, 2008, indicates that service failed.  As to attempted service for America's Most Wanted, the USM-285 indicated that "America's Most Wanted not a corporate entity and legal is not authorized to accept service."  Similarly, the USM-285 for John Walsh indicated, "Legal not authorized to accept for John Walsh."

Therefore, as the Marshal has exhausted its efforts to serve Defendants and has been unable to do so given the way in which the Defendants are named in the amended complaint, Plaintiff is ORDERED TO SERVE the amended complaint within 120 days of the date of service

of this order.  If Plaintiff fails to serve Defendants and file a proof of service with this Court within this time frame, the Court will have no alternative but to recommend that this action be dismissed for failure to prosecute.

Plaintiff is advised that pursuant to Federal Rule of Civil Procedure (m),

[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

In cases involving a plaintiff proceeding in forma pauperis, a United States Marshal, upon order of the court, shall serve the summons and the complaint.  Fed. R. Civ. P. 4(c)(2).  "'[A]n incarcerated pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint and ... should not be penalized by having his action dismissed for failure to effect service where the U.S. Marshal or the court clerk has failed to perform his duties.'"  Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) (quoting Puett v. Blandford, 912 F.2d 270, 275 (9th Cir. 1990)), *abrogated on other grounds by* Sandin v. Connor, 515 U.S. 472 (1995).  "So long as the prisoner has furnished the information necessary to identify the defendant, the marshal's failure to effect service is 'automatically good cause . . . .'"  Walker, 14 F.3d at 1422 (quoting Sellers v. United States, 902 F.2d 598, 603 (7th Cir.1990)).  However, where a pro se plaintiff fails to provide the Marshal with accurate and sufficient information to effect service of the summons and complaint, the court's sua sponte dismissal of the unserved defendants is appropriate.  Walker, 14 F.3d at 1421-22.  If Plaintiff wishes to amend his complaint to name the proper defendants, i.e., the corporate parent of America's Most Wanted, he may do so.

To assist Plaintiff in serving the amended complaint, the Court provides the following information:

California Code of Civil Procedure section 415.20 provides:

§ 415.20. Leaving copy of summons and complaint at office, dwelling house, usual place of abode or business or usual mailing address; mailing copy

(a) In lieu of personal delivery of a copy of the summons and complaint to the person to be served as specified in Section 416.10, 416.20, 416.30, 416.40, or 416.50, a summons may be served by leaving a copy of the summons and complaint during usual office hours in his or her office or, if no physical address is known, at his or her usual mailing address, other than a United States Postal Service post office box, with the person who is apparently in charge thereof, and by thereafter mailing a copy of the summons and complaint by first- class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. When service is effected by leaving a copy of the summons and complaint at a mailing address, it shall be left with a person at least 18 years of age, who shall be informed of the contents thereof. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

(b) If a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, as specified in Section 416.60, 416.70, 416.80, or 416.90, a summons may be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of abode, usual place of business, or usual mailing address other than a United States Postal Service post office box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

## ORDER

Plaintiff is therefore ORDERED TO SERVE the amended complaint within 120 days of the date of service of this order.  In this regard, the Clerk of Court is ORDERED to send Plaintiff a blank summons.

If Plaintiff fails to serve Defendants and file a proof of service with this Court within this time frame, the Court will have no alternative but to recommend that this action be dismissed for failure to prosecute.


IT IS SO ORDERED.

**Dated:   February 25, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

3