# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS, | ) | 1:06cv0782 LJO DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S REQUEST TO ISSUE WARRANT OF ARREST |
| v. | ) | (Document 51) |
| JOHN WALSH, AMERICA'S MOST WANTED, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Kirell Francis Bettis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this diversity action.

On February 28, 2008, Plaintiff filed a document requesting that this Court issue a warrant of arrest for John Walsh and seize his assets. Plaintiff's request comes after the United States Marshal returned the summonses unexecuted on February 21, 2008.

The Court understands Plaintiff's frustration relating to the attempts to serve the Defendants. However, given the way the Defendants are named in the amended complaint, it does not appear that anything further can be done by the Court. On February 26, 2008, the Court explained this to Plaintiff and instructed him to attempt to complete service within 120 days.

Alternatively, the Court suggested that Plaintiff file an amended complaint to name Defendant America's Most Wanted in a different manner. Specifically, Plaintiff may file an amended complaint to name the corporate entity that owns or produces the television show.

1

1 Defendant John Walsh has been, and can continue to be, named as an individual Defendant.

2     If Plaintiff amends his complaint, he should furnish the Marshal with accurate and
3 sufficient information to effect service of the summons and amended complaint.  <u>Walker v.
4 Sumner</u>, 14 F.3d 1415, 1422 (9th Cir. 1994).  Plaintiff has the information for the corporate
5 parent of American's Most Wanted in his possession, but may need to provide information
6 relating to John Walsh.

7     Accordingly, given that the Court has exhausted its options based on the amended
8 complaint now pending but has afforded Plaintiff the options described above, Plaintiff's request
9 that this Court issue a warrant for arrest based on evasion of service is DENIED.  While the
10 Court has certain powers in situations where a defendant is attempting to evade service, such
11 discretion does not lie where the defendant is not properly named in the complaint.  See <u>eg.</u>,
12 Fed.R.Civ.Proc. 4(m).  Nor do any of the statutes cited by Plaintiff apply under these
13 circumstances.

14     IT IS SO ORDERED.

15     **Dated:**   **March 3, 2008**           /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE