# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS, | ) | 1:06cv0782 LJO DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 54) |
| JOHN WALSH, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Kirell Francis Bettis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed the instant action on May 1, 2006.

On March 26, 2008, the Magistrate Judge issued Findings and Recommendation that the action be dismissed without leave to amend. The Findings and Recommendation were served on all parties and contained notice that objections were to be filed within thirty days. Plaintiff filed his objections on April 7, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

The Court recognizes Plaintiff's frustrations. However, it cannot create jurisdiction where it does not otherwise exist. When the Court suggested that Plaintiff amend his complaint

1  to name a different defendant, it did not indicate that an amendment would not be subject to
2  screening pursuant to 28 U.S.C. § 1915A(a), nor did it perform any type of jurisdictional analysis
3  as to potential defendants.
4           When Plaintiff amended his complaint, he named Twentieth Century Fox, the corporate
5  entity that owns/produces America's Most Wanted.  Doing so, however, destroyed diversity
6  jurisdiction.  For diversity purposes, a corporation can have dual citizenship, both in the state
7  where it was organized and in another state, such as California, where it has its principal place of
8  business.  Bank of California Nat. Ass'n v. Twin Harbors Lumber Co., 465 F.2d 489, 491-492
9  (9th Cir. 1972).  Here, the Supplemental Second Amended Complaint names Twentieth Century
10 Fox as a citizen of the State of California yet appears to attempt to create diversity by citing an
11 address of 1211 Avenue of the Americas, New York, NY, 10036.  However, Twentieth Century
12 Fox is a citizen of both Delaware, where it was incorporated, and California, where it has its
13 principal place of business.  See eg., Twentieth Century Fox Film Corp. v. Marvel Enterprises,
14 277 F.3d 253 (2d Cir. 2002); Lassiter v. Twentieth Century Fox Film Corp., 2004 WL 1698681
15 (S.D.N.Y. 2004).  As Plaintiff is a citizen of California, complete diversity does not exist.
16          Accordingly, IT IS HEREBY ORDERED that:
17   1.     The Findings and Recommendations dated March 26, 2008, are ADOPTED IN
18          FULL; and
19   2.     The action be DISMISSED WITHOUT LEAVE TO AMEND.
20          This terminates this action in its entirety.  The clerk is directed to close the action.
21          IT IS SO ORDERED.
22 **Dated:   April 14, 2008**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE